# EXHIBIT A

EXHIBIT A

Skip to Main Content Logout My Account Search Menu New District Civil/Criminal Search Refine Search Back Location : District Court Civil/Criminal Help

# Register of Actions

## Case No. A-26-943514-C

**Julie Allen, Plaintiff(s) vs. Dupray Industries, Inc., Defendant(s)**

| | |
|---|---|
| Case Type: | **Product Liability** |
| Date Filed: | **04/07/2026** |
| Location: | **Department 1** |
| Cross-Reference Case Number: | **A943514** |

### Party Information

| | | Lead Attorneys |
|---|---|---|
| **Defendant** | **Amazon Logistics, Inc.** | |
| **Defendant** | **Amazon.com Services, LLC** | |
| **Defendant** | **Amazon.com, Inc.** | |
| **Defendant** | **Dupray Industries, Inc.** | |
| **Defendant** | **Dupray USA, LLC** | |
| **Plaintiff** | **Allen, Julie** | **Benjamin P. Cloward**<br>*Retained*<br>702-605-5000(W) |

### Events & Orders of the Court

**OTHER EVENTS AND HEARINGS**

04/07/2026 **Complaint** **Doc ID# 1**
*[1] Complaint*

04/07/2026 **Initial Appearance Fee Disclosure** **Doc ID# 2**
*[2] Initial Appearance Fee Disclosure*

04/07/2026 **Summons Electronically Issued - Service Pending** **Doc ID# 3**
*[3] Summons - Dupray Industries, Inc.*

04/07/2026 **Summons Electronically Issued - Service Pending** **Doc ID# 4**
*[4] Summons - Dupray USA, LLC*

04/07/2026 **Summons Electronically Issued - Service Pending** **Doc ID# 5**
*[5] Summons - Amazon.Com, Inc.*

04/07/2026 **Summons Electronically Issued - Service Pending** **Doc ID# 6**
*[6] Summons - Amazon.Com Services, LLC*

04/07/2026 **Summons Electronically Issued - Service Pending** **Doc ID# 7**
*[7] Summons - Amazon Logistics, Inc.*

05/10/2026 **Amended Complaint** **Doc ID# 8**
*[8] Amended Complaint*

05/26/2026 **Affidavit of Service** **Doc ID# 9**
*[9] Affidavit of Service (Amazon.com, Inc.)*

05/26/2026 **Affidavit of Service** **Doc ID# 10**
*[10] Affidavit of Service (Amazon Logistics, Inc.)*

05/26/2026 **Affidavit of Service** **Doc ID# 11**
*[11] Affidavit of Service (Amazon.com Services)*

05/26/2026 **Affidavit of Service** **Doc ID# 12**
*[12] Affidavit of Service (Dupray Industries, Inc.)*

05/26/2026 **Affidavit of Service** **Doc ID# 13**
*[13] Affidavit of Service (Dupray USA, LLC)*

06/09/2026 **Answer** **Doc ID# 14**
*[14] ANSWER OF DEFENDANTS DUPRAY INDUSTRIES, INC., AND DUPRAY USA, LLC TO PLAINTIFFS AMENDED COMPLAINT*

06/09/2026 **Disclosure Statement** **Doc ID# 15**
*[15] CORPORATE DISCLOSURE STATEMENT PURSUANT TO NRCP 7.1 OF DEFENDANTS DUPRAY INDUSTRIES, INC., AND DUPRAY USA, LLC*

06/09/2026 **Demand for Jury Trial** **Doc ID# 16**
*[16] DEMAND FOR JURY TRIAL OF DEFENDANTS DUPRAY INDUSTRIES, INC., AND DUPRAY USA, LLC*

06/09/2026 **Initial Appearance Fee Disclosure** **Doc ID# 17**
*[17] INITIAL APPEARANCE FEE DISCLOSURE OF DEFENDANTS DUPRAY INDUSTRIES, INC., AND DUPRAY USA, LLC*

06/11/2026 **Disclosure Statement** **Doc ID# 18**
*[18] AMENDED CORPORATE DISCLOSURE STATEMENT PURSUANT TO NRCP 7.1 OF DEFENDANT DUPRAY INDUSTRIES, INC.*

06/11/2026 **Disclosure Statement** **Doc ID# 19**
*[19] AMENDED CORPORATE DISCLOSURE STATEMENT PURSUANT TO NRCP 7.1 OF DEFENDANT DUPRAY USA LLC*

### Financial Information

| | | | | |
|---|---|---|---|---|
| | **Defendant** Dupray Industries, Inc. | | | |
| | Total Financial Assessment | | | 253.00 |
| | Total Payments and Credits | | | 253.00 |
| | **Balance Due as of 06/11/2026** | | | **0.00** |
| 06/09/2026 | Transaction Assessment | | | 253.00 |
| 06/09/2026 | Efile Payment | Receipt # 2026-47036-CCCLK | Dupray Industries, Inc. | (253.00) |

| | | | | |
|---|---|---|---|---|
| | **Plaintiff** Allen, Julie | | | |
| | Total Financial Assessment | | | 270.00 |
| | Total Payments and Credits | | | 270.00 |
| | **Balance Due as of 06/11/2026** | | | **0.00** |
| 04/08/2026 | Transaction Assessment | | | 270.00 |
| 04/08/2026 | Efile Payment | Receipt # 2026-29603-CCCLK | Allen, Julie | (270.00) |